**DISMISS; and Opinion Filed August 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00641-CV

### DEANGELO P. BOSTON, Appellant
### V.
### DARRELL D. BUTLER, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02064-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellant filed a notice of appeal from the trial court's judgment. On May 18, 2015, appellant filed an affidavit of indigence in the trial court. The Dallas County Clerk's May 18, 2015 contest to the affidavit of indigence was sustained by written order on May 28, 2015. By letter dated May 19, 2015, we directed appellant to pay the $195 filing fee for the appeal. By letter dated July 15, 2015, the Court notified appellant that the Dallas County Clerk had informed us appellant had not paid or made payment arrangements for the clerk's record. Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(c).



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


150641F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DEANGELO P. BOSTON, Appellant

No. 05-15-00641-CV      V.

DARRELL D. BUTLER, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-02064-E.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Darrell D. Butler recover his costs of this appeal from appellant Deangelo P. Boston.

Judgment entered this 5th day of August, 2015.